432 A.2d 635
**COMMONWEALTH of Pennsylvania**
v.
**Robert Lee BRYANT, Jr., Appellant.**
Superior Court of Pennsylvania.
Submitted Nov. 14, 1980.
Filed July 24, 1981.
Petition for Allowance of Appeal Denied Dec. 21, 1981.

Paulette J. Balogh, Pittsburgh, for appellant.

Robert L. Eberhardt, Deputy District Attorney, Pittsburgh, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

PER CURIAM:

The Order dated September 27, 1979 denying Appellant's Motion to Dismiss is affirmed. Appellant's claim presents the same facts and issues as were rejected by this Court in a related case involving Appellant's co-defendant. See *Commonwealth v. Green*, 286 Pa.Super. 200, 428 A.2d 641 (1981).